NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendant, Kevin McAleenan,
Acting Secretary, U.S. Department of Homeland
Security, Customs and Border Protection

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CLARENCE ETHAN BOYCE,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN MCALEENAN[1], ACTING SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | No. CV 18-01576 CBM (SHKx)<br><br>ORDER CONTINUING THE SCHEDULING CONFERENCE [31]<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

---

[1] Kevin McAleenan, Acting Secretary, is substituted for his predecessor, Kirstjen Nielsen. See Fed. R. Civ. P. 25(d).

Based upon the Joint Stipulation to Continue the Scheduling Conference; and Declaration of Alarice M. Medrano, and good cause appearing therefor,

IT IS HEREBY ORDERED that the status conference currently set for July 23, 2019, is continued to July 30, 2019, at 10:00 a.m.

DATED: July 17, 2019

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

*/s/ Alarice M. Medrano*
_____
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant, Kevin McAleenan, Acting Secretary, U.S. Department of Homeland Security, Customs and Border Protection