UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-1576-CBM-(SHKx) | Date | September 30, 2021 |
| Title | *Boyce v. Wolf* | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER TO SHOW CAUSE RE: FINAL PRETRIAL CONFERENCE**

The final pretrial conference in this action is set for October 5, 2021 at 2:30 p.m. No proposed final pretrial conference order was filed by the parties as required pursuant to Local Rule 16-7.

Accordingly, the parties are ORDERED TO SHOW CAUSE **no later than 12:00 p.m. on October 4, 2021** why sanctions should not be imposed for failing to file the proposed final pretrial conference order. The filing of a proposed final preconference order by that date shall be deemed an adequate response to this Order to Show Cause.

**IT IS SO ORDERED.**