UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CLARENCE ETHAN BOYCE, | No. ED CV 18-01576-CBM(SHKx) |
| Plaintiff, | |
| v. | **JUDGMENT  [JS-6]** |
| ALEJANDRO MAYORKAS[1], SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

Consistent with the Findings of Fact and Conclusions of Law, judgment is entered in favor of Defendant Alejandro Mayorkas, Secretary, United States Department of Homeland Security, Customs and Border Protection, and against Plaintiff Clarence Ethan Boyce.

Dated:  November 8, 2022.

_____
HON. CONSUELO B. MARSHALL
U.S. District Court Judge

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Alejandro Mayorkas, who was sworn in Secretary for Homeland Security on February 2, 2021, is automatically substituted as defendant in this matter.

1